# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
May 4, 2022

Lyle W. Cayce
Clerk

No. 21-11216
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ERIC PAUL BRADIX,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:18-CR-95-1

Before JOLLY, WILLETT, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:*

The Federal Public Defender appointed to represent Eric Paul Bradix has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Bradix has not filed a response.

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 21-11216

During the pendency of this appeal, Bradix completed the sentence imposed on revocation of supervised release and was released from custody. Because he has not shown that he will suffer collateral consequences as a result of the revocation of his supervised release and because no additional term of supervised release was imposed, the instant appeal does not present a case or controversy, and this court lacks jurisdiction. *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998).

Accordingly, the appeal is DISMISSED AS MOOT, and counsel's motion for leave to withdraw is DENIED as unnecessary.